UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-185-RJC
(3:07-cr-261-RJC-1)

| | |
|---|---|
| DAVID EDWARD BOLAND, ) )| |
| Petitioner, ) ) | |
| v. ) ) | **ORDER** |
| UNITED STATES OF AMERICA, ) ) | |
| Respondent. ) ) | |

**THIS MATTER** is before the Court on its own motion following the Government's filing of a motion to dismiss Petitioner's motion filed pursuant to 28 U.S.C. § 2255. Petitioner is notified that he is entitled to file a response addressing the arguments made by the Government in its motion to dismiss. (Doc. No. 4).

**IT IS, THEREFORE, ORDERED** that Petitioner may file a response to the Government's motion to dismiss his § 2255 motion. Petitioner is notified that should he fail to file a response, the Court may enter an order granting the motion to dismiss with prejudice and without further notice.

**IT IS FURTHER ORDERED** that Petitioner shall have three (3) weeks from entry of this Order to file a response to the arguments raised in Respondent's motion to dismiss. (Doc. No. 4).

Signed: July 3, 2013

Robert J. Conrad, Jr.
United States District Judge